*Joseph B. Duke, solicitor-general,* contra.

---

17733.   MULL *v.* THE STATE.

LUKE, J. This case is controlled by the decision in *Moody* v. *State* (a companion case), ante, 284, and the court erred in overruling the general demurrer to the indictment.

*Judgment reversed. Broyles, C. J., concurs. Bloodworth, J., absent on account of illness.*

DECIDED JANUARY 11, 1927.

Burglary; from Putnam superior court—Judge Park.  October 16, 1926.

*R. C. Jenkins,* for plaintiff in error.

*Joseph B. Duke, solicitor-general,* contra.

---